UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WESLEY KANE CAMPBELL,<br><br>    Plaintiff,<br><br>    v.<br><br>LEE BACA, LOS ANGELES SHERIFF,<br><br>    Defendant. | Case No. CV 11-3903 GW (AJW)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the attached Report and Recommendation of Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. Good cause appearing, the Court concurs with and adopts the findings and recommendations contained in the Report.

**IT IS SO ORDERED**.

DATED: December 27, 2011

_____
GEORGE H. WU
United States District Judge