**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| **WESLEY KANE CAMPBELL,** | ) | |
| Plaintiff, | ) ) | Case No. CV 11-3903 GW (AJW) |
| v. | ) ) | |
| **LEE BACA, LOS ANGELES SHERIFF,** | ) ) | J U D G M E N T |
| Defendant. | ) ) | |

   **IT IS ADJUDGED** that this action is dismissed with prejudice.

Dated:  December 27, 2011

_____
GEORGE H. WU
United States District Judge